## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

THE J. M. SMUCKER COMPANY,

Plaintiff(s),

v.

SHENZHEN LANGZHITU TECHNOLOGY CO., LTD., et al,

Defendant(s).

Case No. 23cv2148
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: For the reasons stated on the record and in the accompanying order [35], plaintiff's motion for default judgment [29] is granted

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date: 3/26/2024

Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk